No. 92–8797. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8800. BOHLING v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 92–8802. CURRY v. LEDGER PUBLISHING CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8805. REED v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–8806. VAN ACKEREN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 92–8809. LAMB v. O'DEA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–8810. MANKER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8811. SNEEZER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8812. WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–8814. SWEET v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8817. CLARK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8822. JOHNSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–8823. HOYE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8825. SHEEDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.